```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CURTIS RICE

             Plaintiff,

v.

BARSTOOL SPORTS, INC.

             Defendant.

**STIPULATION OF NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**

Case No.: 1:18-cv-2329-LGS

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, John Curtis Rice, and counsel for the Defendant, Barstool Sports, Inc., that the parties have reached a confidential settlement agreement and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

_/s/ James H. Freeman_
James H. Freeman

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

Dated: May 9, 2018
*Attorney for Plaintiff John Curtis Rice*

_/s/ Joshua A. Druckerman_
Joshua A. Druckerman

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-6307
joshua.druckerman@kattenlaw.com

Dated: 5/9/2018
*Attorney for Defendant Barstool Sports, Inc.*

Dated: May 10, 2018
       New York, New York

US_133234350v1

**SO ORDERED**

_/s/ Lorna G. Schofield_
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE